UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. LONNIE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>T. LOPEZ, et al.,<br><br>    Defendants. | No. 2:16-cv-0131 KJM KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

    By an order filed June 7, 2016, plaintiff's application to proceed in forma pauperis was denied, and she was ordered to pay the filing fee within fourteen days. The fourteen day period has now expired, and plaintiff has not responded to the court's order and has not paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The

////

1

parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 30, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will0131.fpf